**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1496**

ROSARIO A. FIORANI, JR., a/k/a Ross A. Fiorani, Jr.,

                Plaintiff - Appellant,

        v.

CHRISTOPHER SCOTT JONES,

                Debtor - Appellee,

        and

DAVID R. RUBY; U. S. TRUSTEE,

                Trustees.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge.  (4:11-cv-00038-RAJ-TEM)

Submitted:  September 29, 2011        Decided:  October 4, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rosario A. Fiorani, Jr., Appellant Pro Se.   Christopher Scott Jones, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order affirming the bankruptcy court's dismissal of Fiorani's adversary proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fiorani v. Jones</u>, No. 4:11-cv-00038-RAJ-TEM (E.D. Va. Apr. 29, 2011). We grant Fiorani's motion to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>